UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARINA NARVAEZ, *individually and on behalf of others similarly situated*,

                Plaintiff,

– against –

BLACK LABEL SALON 25 CORP *doing business as* Black Label Salon, CONNIE LEE, *and* SEUNG LEE,

                Defendants.

**ORDER**

20 Civ. 4465 (ER)

RAMOS, D.J.:

      Narvaez served Black Label Salon with process on June 25, 2020, Doc. 13, and Connie and Seung Lee on August 5, 2020, Docs. 21, 22. Accordingly, Black Label Salon's deadline to answer or otherwise move with respect to Narvaez's complaint was July 16, 2020, and the deadline of both Lees was August 26, 2020. None of the defendants have answered or otherwise responded to the plaintiff's complaint as of the date of this Order.

      Narvaez is directed to file a status report with the Court by September 11, 2020. Failure to do so may result in sanctions up to and including dismissal of this matter for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    September 8, 2020
              New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.