UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARINA NARVAEZ, *individually and on behalf of others similarly situated*,

                Plaintiff,

– against –

BLACK LABEL SALON 25 CORP. (*d/b/a* BLACK LABEL SALON), CONNIE LEE, *and* SEUNG LEE,

                Defendants.

**ORDER**

20 Civ. 4465 (ER)

Ramos, D.J.:

On December 4, 2020 the mediator reported that mediation was held and agreement was reached on all issues.  Doc. 29.  The parties are therefore instructed to submit a proposed settlement agreement for the Court's approval by no later than December 23, 2020.

It is SO ORDERED.

Dated:   December 7, 2020
             New York, New York

                                                    Edgardo Ramos, U.S.D.J.