

**MEMO ENDORSED**

> The parties' motion for settlement approval shall be due no later than January 22, 2021.
>
> The application is  **X**   granted
>                         _____ denied
>
> *[signature]*
> Edgardo Ramos, U.S.D.J
> Dated: 12/29/20
> New York, New York

December 29, 2020

**VIA ECF**
Hon. Edgardo Ramos
United States Magistrate Judge
United States Courthouse
Eastern District of NY

Re:   1:20 CV 4465 Narvaez v Black Label Salon

Your Honor:

     We represent Plaintiff Narvaez in the above-referenced action. First, the parties apologize to the Court for failing to submit a fully executed *Cheeks* motion on the deadline set by the Court or December 23, 2020.
     Because of the holidays, the snowstorm and other factors beyond the parties' control, Plaintiff and Defendants respectfully ask Court to extend the deadline to submit a fully briefed and executed motion by January 22, 2021.

We thank the Court for its attention to this matter and wish Your Honor a very happy and joyous 2021.

                                    Respectfully submitted,
                                    **STILLMAN LEGAL, P.C.**

                                    /s/Lina Stillman
                                    *Counsel for Plaintiff*