

**PM Legal**

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

**INVOICE**

TAX ID # 13-3970350

| | |
|---|---|
| Invoice Number: | 10273514 |
| Account: | SNLPC |
| Invoice Date: | 8/10/2020 |
| **Invoice Total:** | **$128.00** |

LINA STILLMAN
STILLMAN LEGAL PC
42 BROADWAY, 12TH FLOOR
NEW YORK,NY 10004

Route: 70

File # :
Index # : 20-cv-04465

Your contact: Lina Stillman

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

MARINA NARVAEZ, INDIVDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. BLACK LABEL SALON 25 CORP ET AL

| Job # | | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 3542826 | 8/5/20 | SEUNG LEE | | | | | $64.00 |
| | | | *SUMMONS IN A CIVIL ACTION, COMPLAINT* | | | | |
| | | | CHARGE - Service in Manhattan | | | 64.00 | |
| 3542834 | 8/5/20 | CONNIE LEE | | | | | $64.00 |
| | | | *SUMMONS IN A CIVIL ACTION, COMPLAINT* | | | | |
| | | | CHARGE - Service in Manhattan | | | 64.00 | |
| | | | | | | **Total Due:** | **$128.00** |

# PM Legal

**REMITTANCE ADVICE**

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

Please make checks payable to PM Legal, LLC and remit payment to the address below.

| | |
|---|---|
| Invoice Number: | 10273514 |
| Account: : | SNLPC |
| Invoice Date: | 8/10/2020 |
| **Invoice Total:** | **$128.00** |

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038

**Amount Remitted :**  _____

Please enclose this sheet along with your payment.  Thank you very much for your business.